IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LYDIA BYRD** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:09CV483 LG-RHW** |
| | § | |
| **STONE COUNTY, MISSISSIPPI, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 17th day of June 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge